## EXHIBIT A

1. Adu, Jaclyn
2. Babri, Farideh
3. Bach, Sharon A.
4. Bayman, Christina
5. Brennan, Michelle
6. Brumfield, Ebony
7. Caron, Jason G.
8. Chevront, Michelle L.
9. Crill, Lynn M.
10. Crisp, Leah
11. Danboise, Grace
12. Desiderio, Joseph
13. Dye, Sherry L.
14. Franklin, Shelley
15. Ellison, Catherine
16. Ezetendu, Chinwe A.
17. Gisondi, Barbara
18. Gooch, Laura
19. Hamilton, Bonnie
20. Hannan, Nicole
21. Johnson, David
22. Jones Pettit, Audrey Elaine
23. Kellog, Nancy
24. Kelly, John Fitzgerald
25. Lehman, Marilyn S.
26. Leppert, Patricia M.

27. Lewis, Susan
28. Loan, Darlene H.
29. Mattingly, Carrie
30. McAlexander, Thomas
31. Mcbride, Tina
32. Okonkwo, Chinyere J.
33. Paulson, Chad
34. Poisson, Melody
35. Poole, Toni M.
36. Pope, Rafiya C.
37. Ramos, Iris Y.
38. Richard, Katherine A.
39. Rocha, Julie
40. Schultz, Rosemarie
41. Suto, Gabriel John
42. Sweat, Tenika
43. Taku, Agi N.
44. Tidwell, Brandon M.
45. Torres, Linda
46. Velazquez, Maria G.
47. Wade, Justin
48. Ward, Raquel
49. Wenzelburger, Robert
50. Williams, Roslyn D.
51. Wilson, Pascal
52. Wrench, Aaron Robert
53. Young, Raymond