IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
BUFFALO DIVISION

| | |
|---|---|
| CYNTHIA AUGUSTYNIAK, DENISE GIAMBRONE, & JULIE GLOVER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC; LOWE'S HOME CENTERS, INC.; LOWE'S COMPANIES, INC.; and LOWE'S HIW, INC.,<br><br>Defendants. | Case No. 1:14-cv-00488-RJA |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, Plaintiffs Cynthia Augustyniak and Denise Giambrone ("Plaintiffs"), and Defendants Lowe's Home Centers, LLC, Lowe's Home Centers, Inc., Lowe's Companies, Inc. and Lowe's HIW, Inc., through their undersigned counsel, hereby stipulate and state as follows:

1. That the claims of Plaintiffs be dismissed with prejudice;

2. That each party shall bear its/her own attorney's fees and court costs.

HUNTON & WILLIAMS LLP

By: */s/ Juan C. Enjamio*
   Shawn Patrick Regan
   200 Park Avenue, 52nd Floor
   New York, New York 10166
   (212) 309-1000
   sregan@hunton.com
      – and –
   Juan C. Enjamio (admitted *pro hac vice*)
   1111 Brickell Avenue, Suite 2500
   Miami, Florida 33131
   jenjamio@hunton.com

*Attorneys for Defendants LOWE'S HOME CENTERS, LLC; LOWE'S HOME CENTERS, INC.; LOWE'S COMPANIES, INC.; and LOWE'S HIW, INC.*

FELDMAN LAW GROUP P.A.
(F/K/A/ FELDMAN MORGADO)

By: */s/ Mitchell L. Feldman*
   Mitchell L. Feldman
   Dale James Morgado
   1517 N. Westshore Blvd., Suite 400
   Tampa, FL 33607
   and
   14 Wall Street, 20th Floor, Suite 2040
   New York, New York 10005
   mfeldman@ffmlawgroup.com

*Attorneys for the Plaintiffs*